FILED

October 22, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
                                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE PEREZ and SAMANTHA GALLEY, | § | |
| Each Individually and on Behalf of | § | |
| All Others Similarly Situated, | § | 5:20-CV-112-OLG-RBF |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | |
| | § | |
| PINNACLE CLINICAL RESEARCH, PLLC | § | |
| DEFENDANT | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having considered Plaintiffs' and Defendant's Stipulation for Dismissal of Case with Prejudice is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims of Plaintiffs Samantha Galley and Jose Perez are hereby dismissed with prejudice to the refiling of same, with each party bearing their own attorney's fees and all costs incurred be taxed against the Party incurring the costs. All relief not expressly granted herein is dismissed.

SIGNED and ENTERED on the 22nd day of ___October___, 2020.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE